U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of:                                                          Case Number: 08 C 810

TRUSTEES of the REGIONAL COUNCIL OF                   Judge: St. Eve
CARPENTERS PENSION FUND, WELFARE FUND       Magistrate Judge Ashman
and APPRENTICE & TRAINEE PROGRAM FUND
            Plaintiff.
    v.
H.F. HUSTER COMPANY, INC.
            Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
H.F. HUSTER COMPANY, INC.

| NAME (Type or print)  Michael I. Leonard |
| --- |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br><br>    /s/ Michael I. Leonard |
| FIRM   Meckler Bulger & Tilson LLP |
| STREET ADDRESS    123 North Wacker Drive, Suite 1800 |

| CITY/STATE/ZIP    60606 | TELEPHONE NUMBER    (312) 474-7925 |
| --- | --- |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)    06207335 |
| --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ☒    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐    NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES ☒    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☒   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL  ☐    APPOINTED COUNSEL  ☐ |