UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.1.3**
Eastern Division

Trustees of the Chicago Regional Council of
Carpenters Pension Fund, et al.

                    Plaintiff,

v.                                          Case No.:
                                          1:08−cv−00810

                                          Honorable Amy J. St. Eve

H.F. Huster Company, Inc.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 30, 2008:

      MINUTE entry before Judge Honorable Amy J. St. Eve:Status hearing held on 4/30/2008, defendant not present. ( Oral motion for leave to file an aditional appearance by Mr. Sanguinetti on behalf of Plaintiff is granted. Status hearing set for 5/28/2008 at 08:30 AM.)Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.